In The
Court of Criminal Appeals
Supreme Court Bldg, 201 W. 14th ST
P.O. Box 12308 Capitol Sta.
Austin, TX 78711-2308

PD-0561-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 13 2015
Abel Acosta, Clerk

Dear Clerk: Louise Pearson

Please be So Kind To File in Appropiate Court.
Your Assistance Would be Greatly Appeciated.

Enclosed Is A Copy of Attorney For Appellant; Wayne Frost
Stateing This Concludes His Representation.

Their For Defendant Does wish to File His Own (Prose)
Petition For Discretionary Review with the Request To
Dismiss or / Suspend Rule That Require Eleven Copies.
Again". Thank you For Your Assistance.

FILED IN
COURT OF CRIMINAL APPEALS
MAY 14 2015
Abel Acosta, Clerk

Yours Truly
X Ernest Marquez
Ernest V. Marquez,
Mark W. Stiles Unit
#: 1945709
3060 F.M. 3514
Beaumont, TX. 77705

Cover Letter.

# WAYNE FROST, ATTORNEY
203 W. Wall, Suite 205
Midland, Tx. 79701
(432) 570-8124   (phone or fax)

April 23, 2015

Mr. Ernest Marquez, #1945709
c/o Stiles Unit
3060 F.M. 3514
Beaumont, TX   77705

RE:   Appellate Case Number: 11-14-00215-CR, Trial Court Case Number
      CR42478

Dear Mr. Marquez:

I am in receipt this day of the 11th Court of Appeals Memorandum Opinion and Judgment AFFIRMING your conviction.

You may file your own (pro se) Petition for Discretionary Review with the Court of Criminal Appeals (address enclosed) pursuant to Rule 68 of the Rules of Appellate Procedure (copy enclosed), or you may wish to retain counsel. You would have thirty (30) days to perfect such filing.

Since clients sometimes wonder why the appellate court affirmed a conviction, I enclose a copy of Court's full opinion which you may read and refer to at your convenience.

This concludes my representation.

Sincerely,

Wayne Frost

WF:wl
Enclosures

In The
Court of Criminal Appeals
* of *
Austin, Texas

ERNEST V. MARQUEZ

V.

STATE

APPEAL FROM CAUSE#CR4247

## Defendant's Motion To Dismiss "Rule"

ERNEST V. MARQUEZ FILES THIS MOTION TO DISMISS THE RULE THAT REQUIRE THE ORIGINAL AND ELEVEN COPIES.

## I.
### INTRODUCTION

Defendant IS AN INMATE WHO IS CURRENTLY INCARCERATED AT THE MARK W. STILES UNIT, 3060 F.M. 3514, BEAUMONT, TX 77705 WHILE HE IS DETAINED AT THE MARK W. STILES UNIT INMATE HAS NO ACCESS TO COPYER to PROVIDE THE COURTS WITH ELEVEN COPIES.

## II.
### Conclusion

FOR THE REASONS ABOVE DEFENDANT, IS REQUESTING WITH RESPECT. THE COURTS SUSPEND or/ DISMISS RULE UNDER TRAP (2).

Respectfully Submitted
REPRESENTED BY: ERNEST VILLA MARQUEZ
#1945709.
MARK W. STILES UNIT
3060 F.M. 3514
BEAUMONT, TX 77705
(PRO SE)